|          |                                              |
|----------|----------------------------------------------|
| **To:**  | The Honorable Martin Reidinger               |
|          | U.S. District Court Judge                    |
| **From:**| Mark D. Corbin                               |
|          | U.S. Probation Officer                       |
| **Subject:** | Robert McDonald Parris                   |
|          | Case Number: 1:04CR15- 001                   |
|          | Request to Return Seized Property            |
| **Date:**| 8/17/2015                                    |



**NORTH CAROLINA WESTERN**
**MEMORANDUM**

---

On 12/19/2012, as a result of a report from law enforcement of possible sexual abuse and possession of firearms, a search was conducted by the U.S. Probation Office with assistance from law enforcement officials of Haywood County, NC at the residence of Robert McDonald Parris. At that time, in addition to items seized and released to the local authorities, the following items were confiscated:

1. One Dell CPU Dimension 2400 Serial Number CN-OT543870821-592-4Q2H
2. One Samsung Camera, Model TL-220, Serial Number 165XC90Z907773L, and Case
3. One Verizon Air Card, Model Qualcomm 3G, Serial Number 09114209134
4. One Scan Disc Card Reader, Model D33021, Serial Number AE100501J
5. One Black Machete
6. One Scotch VHS Tape
7. One VHS Tape marked Country Songs

On 1/28/2013 a Petition for Warrant for Offender under Supervision was filed in U.S. District Court, Asheville, NC. On 3/1/2013 the defendant was arrested. On 3/4/2013 he was released on a $25,000 unsecured bond with his daughter, Lori Parris, listed as a third party custodian. On 4/24/2013 the defendant failed to appear for his Supervised Release Revocation Hearing. The Court issued a Bench Warrant. On 4/30/2013 a Bond Violation Report was filed in U.S. District Court. On 5/3/2013 the defendant died as a result of a self-inflicted gunshot wound. It is respectfully recommended that the above listed items be returned to the defendant's third party custodian and daughter, Lori Parris.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 828-268-1350, should Your Honor have any questions.

---

THE COURT ORDERS:

☐ Destroy Seized Property as Requested
☐ Do Not Destroy Seized Property
☒ Return Seized Property to the Defendant's Third Party Custodian and daughter, Lori Parris.

Signed: August 17, 2015

*Martin Reidinger*
United States District Judge